134     APPELLATE COURTS OF ILLINOIS.

The People ex rel. Larson v. Miller, 209 Ill. App. 134.

## The People of the State of Illinois by Maclay Hoyne, State's Attorney, ex rel. Lewis E. Larson, Appellant, v. Albert H. Miller, Appellee.

### Gen. No. 23,524.     (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed December 17, 1917.

### Statement of the Case.

Petition in the nature of quo warranto by the People of the State of Illinois by Maclay Hoyne, State's Attorney, on the relation of Lewis E. Larson, petitioner, against Albert H. Miller, respondent, to test the title of respondent to the office of secretary of the school board of the City of Chicago, as reorganized under the Act of April 20, 1917. From a judgment for respondent, plaintiff appeals.

This case was consolidated for hearing with *People ex rel. McMahon v. Davis, ante*, p. 117, and the opinion in that case is controlling on the similar questions involved. See also *People ex rel. Shannon v. Francis, post*, p. 135, and *People ex rel. Larson v. Coffin, post*, p. 136.

MACLAY HOYNE, for appellant.

SAMUEL A. ETTELSON and CHESTER E. CLEVELAND, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

SCHOOLS AND SCHOOL DISTRICTS, § 48*—*who is eligible as secretary to school board.* Under section 129 of the Act of April 20, 1917,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

relating to school districts in cities of over 100,000 population, and providing that the board shall appoint other than designated officers and employees pursuant to the provisions of the civil service laws, no one is eligible as secretary to the board who has not qualified under the civil service laws.